NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED L. PORTER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7162

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-0073, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Fred L. Porter moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 0 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Fred L. Porter
Katy M. Bartelma, Esq.

s21

Issued As A Mandate: AUG 0 5 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK